# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GLENN DARNELL DEAN,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:12-CV-00323-GMN-(GWF)

**ORDER**

Petitioner having submitted an unopposed motion for enlargement of time (#10), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time (#10) is **GRANTED**. Petitioner shall have through November 5, 2012, to file an amended petition.

DATED this 23rd day of August, 2012.

_____
Gloria M. Navarro
United States District Judge