1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
## DISTRICT OF NEVADA
8
9   GLENN DARNELL DEAN,
10         Petitioner,                     Case No. 2:12-cv-00323-JCM-GWF
11   vs.                                   **ORDER**
12   DWIGHT NEVEN, et al.,
13         Respondents.
14
15         Petitioner having submitted a motion for leave to file presentence report under seal (#18),
16   and good cause appearing;
17         IT IS THEREFORE ORDERED that petitioner's motion for leave to file presentence report
18   under seal (#18) is **GRANTED**.
19         DATED:   November 8, 2012.
20
21                                         _____
22                                         JAMES C. MAHAN
                                           United States District Judge
23
24
25
26
27
28