# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GLENN DARNELL DEAN,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:12-cv-00323-JCM-GWF

**ORDER**

    Petitioner having submitted an unopposed motion for enlargement of time to file opposition to motion to dismiss (first request) (#27), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time to file opposition to motion to dismiss (first request) (#27) is **GRANTED**.  Petitioner shall have through June 10, 2013, to file and serve a response to the motion to dismiss (#26).

    DATED: May 14, 2013.

_____
JAMES C. MAHAN
United States District Judge