1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9   GLENN DARNELL DEAN,

10          Petitioner,                          Case No. 2:12-cv-00323-JCM-GWF

11   vs.                                         **ORDER**

12   DWIGHT NEVEN, et al.,

13          Respondents.

14

15          The court granted respondents' motion to dismiss (#26), finding that ground 2(A), ground 3,

16   and part of ground 1 were not exhausted in the state courts.  Order (#33).  Petitioner has submitted a

17   motion for partial dismissal (#34), asking to dismiss the unexhausted grounds, with an

18   accompanying declaration signed by petitioner himself (#35).  The court grants the motion.

19          In the motion for partial dismissal (#34), petitioner has rewritten ground 1 to remove the

20   unexhausted parts of the ground; that rewriting shall become the operative version of ground 1.

21          IT IS THEREFORE ORDERED that petitioner's motion for partial dismissal (#34) is

22   **GRANTED**.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date

2  of entry of this order to file and serve an answer, which shall comply with Rule 5 of the Rules

3  Governing Section 2254 Cases in the United States District Courts.  Petitioner shall have forty-five

4  (45) days from the date on which the answer is served to file a reply.

5    DATED:   June 3, 2014.

6

7                                                                       _____

8                                                                       JAMES C. MAHAN
                                                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28